**J.D. CARPENTER, Plaintiff–Appellant,**

v.

**CITY OF NEW YORK, Defendant–
Appellee.**

No. 11–2614.

United States Court of Appeals,
Second Circuit.

Nov. 20, 2012.

J.D. Carpenter, Mount Pocono, PA, pro
se.

Larry Sonnenshein and Diana Lawless,
New York City Law Department, New
York, NY, for Defendant–Appellee.

Present: JOHN M. WALKER, JR.,
ROBERT A. KATZMANN and PETER
W. HALL, Circuit Judges.

*SUMMARY ORDER*

**UPON DUE CONSIDERATION, IT IS
HEREBY ORDERED, ADJUDGED,
AND DECREED** that the judgment is
**AFFIRMED.**

Appellant J.D. Carpenter, proceeding
*pro se,* appeals the district court's grant of
summary judgment, dismissing her em-
ployment discrimination complaint. We
assume the parties' familiarity with the
underlying facts, the procedural history of
the case, and the issues on appeal.

We review orders granting summary
judgment *de novo* and focus on whether
the district court properly concluded that
there was no genuine issue as to any mate-
rial fact and the moving party was entitled
to judgment as a matter of law. *See Mil-
ler v. Wolpoff & Abramson, L.L.P.,* 321
F.3d 292, 300 (2d Cir.2003). Summary
judgment is appropriate "[w]here the rec-
ord taken as a whole could not lead a
rational trier of fact to find for the non-
moving party." *Matsushita Elec. Indus.
Co. v. Zenith Radio Corp.,* 475 U.S. 574,
587, 106 S.Ct. 1348, 89 L.Ed.2d 538 (1986).

Applying these standards, we conclude
that Ms. Carpenter's appeal is without
merit for substantially the same reasons
articulated by the district court in its well-
reasoned order. *Carpenter v. City of New
York,* 2011 WL 2118599 (E.D.N.Y. May 25,
2011). The judgment of the district court
is therefore **AFFIRMED.**[1]

---

1. At oral argument, Ms. Carpenter indicated that she located evidence, not presented to the district court, that might rebut the presumptions and inferences that operated to establish to the district court's satisfaction that her suit was untimely. Nothing in this order prevents Ms. Carpenter from filing a motion in the district court to bring any such evidence to the court's attention. We express no opinion as to whether any such motion would be successful.